UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR09-112-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| JEFFREY JANES, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 26, 2012. The United States was represented by AUSA Bruce Miyaki and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 2, 2009 by the Honorable Robert S. Lasnik on a charge of Felon in Possession of a Firearm (two counts), Possession of a Machine Gun, and Making Counterfeit United States Currency, and sentenced to 36 months custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, submit to search, be

prohibited from consuming alcohol, participate in a mental health program, provide access to financial information as requested, and not be self-employed or work for cash without approval. (Dkt. 25.)

On March 16, 2012, defendant's probation officer reported defendant tested positive for opiates. Defendant was reprimanded and placed in a structured and increased testing program. No further action was taken at the time. (Dkt. 34.) On July 24, 2012, defendant tested positive for heroin and amphetamines. He was referred for professional assessment and an intensive outpatient program. No further action was taken at the time. (Dkt. 35.)

In an application dated December 21, 2012 (Dkt. 36, 37), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using amphetamines on or before 12/7/2012 and 12/21/2012, in violation of standard condition No. 7.

2. Failing to participate in substance abuse treatment as directed on or before 12/21/12, in violation of the special condition that requires the defendant to participate in substance abuse treatment as directed.

3. Failing to report for urinalysis testing as directed on or about 12/18/12, in violation of the special condition that requires the defendant to report for urinalysis testing as directed.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the three violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as

alleged in violations, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 26th day of December, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Bruce Miyaki
Defendant's attorney: Nancy Tenney
Probation officer: Angela M. McGlynn